**Order filed September 21, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00422-CV
_____

### SHEILA SIMEON, Appellant

### V.

### FAT PROPERTY, Appellee

**On Appeal from County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1090995**

## O R D E R

Appellant's brief was due September 11, 2017. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **October 11, 2017**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM